**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**ANWAR PRATER,**<br><br>Supervised Releasee | NO. 5: 06-CR-41 (CAR)<br><br>RE: **SUPERVISED RELEASE VIOLATIONS** |

## O R D E R

ANWAR PRATER, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. He was advised of the nature of the proceedings against him and of his legal and constitutional rights. With the assistance of legal counsel, said **SUPERVISED RELEASEE** waived a preliminary hearing under Rule 32.1(b)(1) of the *Rules* and agreed that a *FINAL* hearing could be scheduled under Rule 32.1(b)(2).

Upon consideration of the government's request for the detention of the **SUPERVISED RELEASEE** pending his final revocation hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that detention is not warranted. Accordingly, IT IS ORDERED AND DIRECTED that ANWAR PRATER be released from custody subject to the conditions of supervised release heretofore imposed upon him by the Honorable C. Ashley Royal on May 23, 2007 as part of his sentence. Said **SUPERVISED RELEASEE** shall appear before Judge Royal for a **FINAL HEARING** as directed by Judge Royal. The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 24th day of APRIL, 2008.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE